FREDERICK F. NEUMAN v. GEORGE W. NEWGASS.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

ADA MARMUR v. ABE N. ADELSON.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARY G. LANIGAN v. MARGARET A. DELANEY, Also Known as MARGUERITE A. DELANEY, and Another, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES L. JOUGHIN, as Administrator, etc., v. MABEL H. BANKS.— Motion for leave to appeal denied, with ten dollars costs; motion for a stay granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JAMES L. JOUGHIN v. MABEL H. BANKS.— Motion for leave to appeal denied, with ten dollars costs; motion for a stay granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

GEORGE E. FAHYS, SR., v. THOMAS B. CREWS, JR., and Another.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE MARBLE ARCH COMPANY and Another v. THE CITY OF NEW YORK.— Motion granted on condition that plaintiffs pay one-half of the cost of printing defendant's record on appeal and one-half the cost of printing the additional papers on plaintiffs' appeal. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

LIZZIE COHEN v. 1165 FULTON AVENUE CORPORATION. CHARLES TISCH, INC., Appellant; EDWARD J. WALSH, Receiver, Respondent.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. MORTIMER ELLIOTT.— Motion granted, and the time of the appellant within which to file the record on appeal and appellant's points extended to and including April 22, 1929, with notice of argument for May 7, 1929. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

IRVING D. KARPAS and Another, Individually and as Copartners, etc., v. NAT BRUSSEL.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

AL-DIT REALTY COMPANY, INC., v. KATIE HEFFERON and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MARY A. CRONIN v. THE CITY OF NEW YORK and Others.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others. FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others. FELIX F. VON WILMOWSKY v. EDWIN J. PRINDLE and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MAX DOBKIN, etc., v. SOUTHWEST CORNER REALTY CO., INC., and Others.— Motion granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of RICHARD L. BALTIMORE, an Attorney.— Reference ordered to